UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
WILLIAM GILL &            )
MATTHEW GILL              )
                          )
    Plaintiffs            )    Case Number 2:13-cv-02690-WY
    vs.                   )
                          )
NCO FINANCIAL SYSTEMS,    )
INC.                      )
                          )
                          )
    Defendant             )
_____)


## STIPULATION OF DISMISSAL

AND NOW, this 23rd day of October 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant, NCO Financial Systems, Inc., that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.


Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


Sessions, Fishman, Nathan & Israel, LLC

BY: /s/ *Aaron R. Easley*
    Aaron R. Easley, Esquire
    Attorney for Defendant